AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*    DISTRICT OF   NEVADA

RAYMOND WATISON,

      Plaintiff,    JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER: **3:09-CV-00664-ECR-RAM**

MARY CARTER, et al.,

      Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED with prejudice as to all counts and all defendants.

  July 28, 2010    **LANCE S. WILSON**
                                       Clerk

                               /s/ Katie Lynn Ogden
                                   Deputy Clerk