AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

RAYMOND WATISON,

      Plaintiff,    JUDGMENT IN A CIVIL CASE
V.

                       CASE NUMBER:  **3:09-CV-00664-ECR-RAM**

MARY CARTER, et al.,

      Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the stipulation to dismiss (#67) is **GRANTED**.
**IT IS FURTHER ORDERED** that motions (#57 and #59) are **DENIED as moot**.

  September 10, 2012              **LANCE S. WILSON**
                                              Clerk

                                              /s/ D. R. Morgan
                                              Deputy Clerk